UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENDON AMERICA INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> LEXINGTON INSURANCE COMPANY, and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO. 4:11-CV-00327-CW <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** <br><br> Complaint Filed: November 30, 2010 in Marin County Superior Court of the State of California, Case No. CIV1006334 |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    Private ADR - Mediation

The parties agree to hold the ADR session by August 15, 2011.

DATED:  April 26, 2011

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation


By: _____/ s / Mitoshi H. Fujio-White_____
ALAN E. SWERDLOW
MITOSHI H. FUJIO-WHITE
Attorneys for Plaintiff
CLARENDON AMERICA INSURANCE COMPANY

DATED:  April 26, 2011

SELVIN WRAITH HALMAN LLP


By: _____/ s / Norman Lau_____
GARY R. SELVIN
NORMAN LAU
Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

-1-

STIPULATION AND [PROP] ORDER SELECTING ADR PROCESS – Case No. 4:11-CV-00327-CW

1  **[~~PROPOSED~~] ORDER**

2  Pursuant to the stipulation above, this matter is hereby referred to:

3      Private ADR – Mediation.

4  Deadline for completing the private ADR session is:

5      August 15, 2011.

6

7  IT IS SO ORDERED.

8

9  Dated: 4/27/2011

                The Honorable Claudia Wilken
                United States District Judge

11  24629/529833