Gary R. Selvin, State Bar No. 112030
Norman Lau, State Bar No. 253690
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:    (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:  gselvin@selvinwraith.com
          nlau@selvinwraith.com

Attorneys for Defendant
Lexington Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| CLARENDON AMERICA INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>       v.<br><br>LEXINGTON INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>               Defendant. | CASE NO.: 4:11-cv-00327 (JCS)<br><br>**JOINT STIPULATION**<br><br>For all purposes including Trial reassigned to: Magistrate Hon. Joseph C. Spero, Courtroom A, 15th Floor<br><br>Complaint Filed:  November 30, 2010 |

Whereas the Court ordered this action dismissed in its entirety with prejudice on September 27, 2001,

Whereas the Court conditioned its order of dismissal by adding that "if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial,"

Whereas 90 days after September 27, 2011 falls on December 26, 2011, a holiday,

Whereas Defendant has advised that the agreed consideration for the settlement will not be delivered to Plaintiff by December 26, 2011, but shortly thereafter,

Plaintiff and Defendant, by and through their attorneys of record, hereby stipulate to extend

1  the period for notifying the Court that the agreed consideration for the settlement has not been

2  delivered until January 3, 2012.

3        IT IS SO STIPULATED.

4  Dated:  December 23, 2011      SELVIN WRAITH HALMAN LLP

6        By:  /s/  Gary R. Selvin
7        Gary R. Selvin
      Norman Lau
      Attorneys for Defendant
8        Lexington Insurance Company

9  Dated:  December 23, 2011      BOORNAZIAN JENSEN & GARTHE

11        By:  /s/ *see attached signature page*
      Alan Swerdlow
12        Mitoshi Fujio-White
      Attorneys for Plaintiff
13        Clarendon America Insurance Company

14  101194.doc

16  Dated: Jan. 3, 2012

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA