1  Gary R. Selvin, State Bar No. 112030
   Norman Lau, State Bar No. 253690
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:    (510) 874-1811
4  Facsimile:    (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           nlau@selvinwraith.com

6  Attorneys for Defendant
   Lexington Insurance Company
7

8

9              IN THE UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

11

| 12 | CLARENDON AMERICA INSURANCE COMPANY, | CASE NO.: 4:11-cv-00327 (JCS) |
|---|---|---|
| 13 | | **JOINT STIPULATION** |
| 14 | Plaintiff, | For all purposes including Trial reassigned to: Magistrate Hon. Joseph C. Spero, Courtroom A, 15th Floor |
| 15 | v. | |
| 16 | LEXINGTON INSURANCE COMPANY, and DOES 1-50, inclusive, | Complaint Filed:  November 30, 2010 |
| 17 | Defendant. | |

18

19   Whereas the Court ordered this action dismissed in its entirety with prejudice on September

20  27, 2001,

21   Whereas the Court conditioned its order of dismissal by adding that "if any party hereto shall

22  certify to this Court, within ninety (90) days, with proof of service of a copy thereon to opposing

23  counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing

24  Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial,"

25   Whereas 90 days after September 27, 2011 falls on December 26, 2011, a holiday,

26   Whereas Defendant has advised that the agreed consideration for the settlement will not be

27  delivered to Plaintiff by December 26, 2011, but shortly thereafter,

28   Plaintiff and Defendant, by and through their attorneys of record, hereby stipulate to extend

1  the period for notifying the Court that the agreed consideration for the settlement has not been

2  delivered until January 3, 2012.

3        IT IS SO STIPULATED.

4  Dated: December 23, 2011      SELVIN WRAITH HALMAN LLP

6        By: /s/ Gary R. Selvin
7        Gary R. Selvin
      Norman Lau
      Attorneys for Defendant
8        Lexington Insurance Company

9  Dated: December 23, 2011      BOORNAZIAN JENSEN & GARTHE

11       By: /s/ *see attached signature page*
12       Alan Swerdlow
      Mitoshi Fujio-White
      Attorneys for Plaintiff
13       Clarendon America Insurance Company

14 101194.doc

16 Dated: Jan. 3, 2012

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

**Joint Stipulation**      **CASE NO.: 4:11-cv-00327 (JCS)**